**No. 10-7821. Jose Feliciano Saldana-Martinez, aka Jose Soldana-Martinez, aka Jose F. Saldana-Martinez, Petitioner v. United States.**

562 U.S. 1274, 131 S. Ct. 1605, 179 L. Ed. 2d 505, 2011 U.S. LEXIS 2040.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 394 Fed. Appx. 67.